

RECEIVED
MAR 11 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

United States District Court
Eastern district of Virginia
Richmond Division

Hephzibah Bates
2914 Nine Mile Road
Richmond, Virginia   23223
(804) 513-3867

RECEIVED
MAR 11 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

V.

Case Number:   3:14cv165

CBS News
524 West 57th Street
New York, New York   10019

## COMPLAINT

I was around nine or ten years old when my father, Alvin Andrew Bates, Sr. also known as Bubba Bates, and I watched the Walter Cronkite CBS evening news. I did not know I was fold to this network. My father died around 1963; however, he did attend a real federal court hearing regarding a letter he received in the mail from someone telling him that the Queen of England Elizabeth II gave me a title called Fold. I do have federal legal rights to know the truth now that I am a grown adult.

I received a fold messaged from Anchor Scott Pelley that since the Walter Cronkite CBS evening news that they had a save money fold on their television news network. My concern why no one ever informed me in writing to attend a meeting or a court hearing to be told. What is the purpose and am I due any save gifts or rewards?

I have been agitated greatly by the CBS network and all other television networks while watching news and alive talk shows. What is wrong? I am fold and the Save for the United States to solve special duties in behalf of the Queen Elizabeth II of England. They are not suppose to have a save or fold programmed in their studios to harm my body or good character.

Signature  *Hephzibah Bates Pro Se*
Name (printed)  *Hephzibah Bates, Pro Se*
2914 Nine Mile Road
Richmond, Virginia   23223
(804) 513-3867